# UNITED STATES DISTRICT COURT
### for the
Northern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 20-CR-2016 |
| | ) | |
| | ) | |
| Dustin Chadwick Herhold | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 2019 through July 2019___ in the county of ___Black Hawk___ in the ___Northern___ District of ___Iowa___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Chris Quackenbush, HSI Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date: March 19, 2020

Northern District of Iowa

_____
*Judge's signature*

Mark A. Roberts, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Christopher Quackenbush, duly sworn upon oath, do hereby depose and state as follows:

1. This affidavit is submitted in support of a criminal complaint charging Dustin Chadwick HERHOLD (AKA "Dusty" HERHOLD) with violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2), Possession of Child Pornography.

2. I am a Special Agent with United States Immigration and Customs Enforcement (ICE) and Homeland Security Investigations (HSI). I have been with HSI since 2010. I have a bachelor's degree from Brigham Young University and a law degree from the University of North Dakota School of Law. Following law school, I practiced law for a short time in Missouri. In November 2010, I graduated from the twelve-week Criminal Investigator Training Program at the Federal Law Enforcement Training Center. In 2011, I graduated from the twelve-week Immigration and Customs Enforcement Special Agent Training program at the Federal Law Enforcement Training Center. In my career, I have had a diverse investigative background, with investigative experience in areas such as human smuggling, fraud, narcotics smuggling, immigration crimes, and child exploitation.

3. The information set forth in this affidavit is based on my investigation of this matter, my knowledge, training, and experience, my own observations, information received from other law enforcement entities and/or witnesses, interviews of the suspect, and direct examination of relevant documents and/or Internet websites. I have not included all facts known to me concerning this investigation. I have set forth only the facts which I believe are necessary to support probable cause for this warrant.

## PROBABLE CAUSE

4. On May 7, 2019, Homeland Security Investigations (HSI) in Cedar Rapids, Iowa, received leads from the HSI Cyber Crimes Center (HSI C3) regarding suspected child pornography reported by Kik Interactive Inc. (hereinafter Kik), a technology company that provides its users an instant messaging service for mobile devices. Among the leads received from HSI C3 were three related to Kik accounts believed to be associated with Dustin Chadwick HERHOLD — "**dustycowby_68i**," "**dustycowboy1820_unm**" and "**dustycowboy1825_ays**". All three leads were uploaded by the account user in chats on the Kik application.

5. Kik provided HSI with the following information for the child pornography image uploads, discovered through PhotoDNA match, associated with

the "**dustycowby_68i**," "**dustycowboy1820_unm**" and "**dustycowboy1825_ays**" user accounts:

### dustycowby_68i
| | |
|---|---|
| username_jid | dustycowby_68i |
| unix timestamp | 1549242939253 |
| date/time UTC | 2019/02/04 01:15:39 UTC |
| type of upload | chat_upload |
| hash | 1A0B354AF5D3B154DBB41CAA3E79703D02E42FD6 |
| upload IP address | 74.84.74.90 |

### dustycowboy1820_unm
| | |
|---|---|
| username_jid | dustycowboy1820_unm |
| unix timestamp | 1550503415659 |
| date/time UTC | 2019/02/18 15:23:35 UTC |
| type of upload | chat_upload |
| hash | FA519601B412C2ACDA23C8AC0561831D8A11C533 |
| upload IP address | 63.152.154.210 |

### dustycowboy1825_ays
| | |
|---|---|
| username_jid | dustycowboy1825_ays |
| unix timestamp | 1550608168783 |
| date/time UTC | 2019/02/19 20:29:28 UTC |
| type of upload | chat_upload |
| hash | FA519601B412C2ACDA23C8AC0561831D8A11C533 |
| upload IP address | 63.152.154.210 |

6.     HSI Cedar Rapids reviewed the images associated with each of the three Kik accounts and believe they constitute child pornography.  The image associated with the "**dustycowby_68i**" account shows a young child lying on her back holding her legs spread apart, exposing her vagina and anus, urinating on herself.  As the hash values above suggest, the image associated with both the "**dustycowboy1820_unm**" and the "**dustycowboy1825_ays**" accounts is the same image.[1]  Although a little fuzzy, the photo shows the head, torso and genital area of a young pubescent female (possibly 12 or 13 years old) licking a male's penis while being penetrated vaginally by the penis of another male.

---

[1] I know, based on my education, training, and experience, a hash value is an algorithmic calculation that yields an alphanumeric value for a digital file.  A hash value uniquely identifies the file of which it is associated and can be thought of as a digital fingerprint for the file.  Thus, by comparing the hash values of two files, one can conclude that the two files are or are not identical.

8.     In addition to the above, Kik further provided HSI additional subscriber information on the three Kik accounts in question.  Kik reported to HSI that the subscriber for the "**dustycowboy1820_unm**" account was:

>Username:  dustycowboy1820
>First Name: Dusty
>Last Name: Benzing
>Email:      deletedbykik.2885.dustycowboy1993@gmail.com
>            (deactivated_unconfirmed)

Kik reported to HSI that the subscriber for the "**dustycowboy1825_ays**" account was:

>First Name: Dusty
>Last Name: Chadwick
>Email:      deletedbykik.3418.DustinCHerhold@gmail.com
>(deactivated_unconfirmed)
>Username   dustycowboy1825

Kik reported to HSI that the subscriber for the "**dustycowby_68i**" account was:

>First Name: Dusty
>Last Name: b
>Email:      deletedbykik.15480.dustin.herhold@yahoo.com
>            (deactivated_unconfirmed)
>Username   dustycowby

11.     The suspected child pornography uploads, bearing the hash value FA519601B412C2ACDA23C8AC0561831D8A11C533, associated with the "**dustycowboy1820_unm**" and "**dustycowboy1825_ays**" accounts, were reported by Kik as having occurred on February 18, 2019 at 15:23:35 UTC and February 19, 2019 at 20:29:28 UTC respectively.  The IP address associated with both of these events was 63.152.154.210.

12.     On May 21, 2019, a Department of Homeland Security summons (ICE-HSI-RQ-2019-0003) was served on CenturyLink, requesting records related to the subscriber of internet services for the IP Address 63.152.154.210 from February 18, 2019 at 15:23:35 UTC and February 19, 2019 at 20:29:28 UTC.  In response to the summons, CenturyLink provided information showing the IP address was associated with Chaser's Pub located at 3005 University Ave., Waterloo, IA.

13.     On September 25, 2019, HSI confirmed that Chaser's Pub provides free internet access for its guests.  The Chaser's network is password protected but the password is provided to patrons upon request.

14.     On October 3, 2019, HSI had communication with the manager of ABD Property Management, the entity that manages the apartments at 3031 University Ave., Waterloo, previously known as the Bel Air Motel. This property is located approximately 302 feet from Chaser's Pub, where the IP addresses for the child pornography uploads associated with the "dustycowboy1820_unm" and "dustycowboy1825_ays" accounts, were reported by Kik as having occurred on February 18, 2019 at 15:23:35 UTC and February 19, 2019 at 20:29:28 UTC. HSI was informed by the manager that HERHOLD lived in unit #28 of the apartments from February 11, 2019 through September 30, 2019.

15.     On October 10, 2019, HSI Cedar Rapids and the Iowa Division of Criminal Investigation (DCI) executed a state search warrant at the residence of Dustin Chadwick HERHOLD, located in Waterloo, IA. The warrant execution resulted in the discovery and seizure of a Lenovo TB-X103F tablet and Kyocera cell phone. Also on that date, investigators conducted an interview of HERHOLD.

16.     During the interview, HERHOLD was asked how much child pornography was stored on HERHOLD's devices, HERHOLD responded that it was all gone. He said his device had been factory wiped two times so it would operate properly as it had not been working correctly. HERHOLD then admitted he might have two pictures on the device since the reset. When asked what the pictures were, HERHOLD said, "young." HERHOLD explained the photos were of nude children, ages six to eight.

17.     When asked if he used Facebook and other social media, Dustin HERHOLD told investigators he did not "deal with too much," but confirmed he uses Google Hangouts and "some other stuff." HERHOLD was shown screenshots of his two Facebook accounts, (Dustin Herhold and Dustin Herhold (Dusty)) and confirmed these accounts were associated with him. HERHOLD also said he has a YouTube page and his screen name for the site is "Crow Killer." HERHOLD further confirmed his email addresses were "dustin.herhold@yahoo.com" and "dustycowboy1993@gmail.com." When asked if he had the email account, "DustinCHerhold@gmail.com," HERHOLD said "somehow that was up there at one point in time, but that got dropped."

18.     When asked about Kik, HERHOLD said Kik "blocked me off the system, off their files;" however, HERHOLD said he did not know why Kik removed him from the system. HERHOLD admitted he has had multiple Kik accounts, but has not been on it for a while. HERHOLD was told the accounts bore names like Dusty Chadwick, Dusty Benzing and Dusty B. HERHOLD confirmed they were all him.

19. HERHOLD helped agents look for some of the contraband images among the many images on this tablet. One such image appeared to be the same image as the one sent to HSI by Kik. This photo showed the head, torso and genital area of a young pubescent female licking a male's penis while being penetrated vaginally by the penis of another male. HERHOLD estimated the age of the girl in the image to be at least six to eight years old.

20. HERHOLD was asked what images he had on his phone. HERHOLD said, "Nothing, no CP, no nothing." However, during the preliminary review of the cell phone, HERHOLD said, "And what you're seeing, what you're going to see, is the three images that you just seen on my tablet." HERHOLD was asked if they were on the phone too and he responded that they were on there at one time, but he didn't know if he moved them or deleted them. Initial review of the phone at that time did not reveal any of the images HERHOLD had eluded to.

21. Following their seizure, HERHOLD's cell phone and tablet were forensically analyzed by a HSI forensic agent. Investigators did not find any child pornography on HERHOLD's Kyocera cell phone. However, analysis of HERHOLD's Lenovo TB-X103F tablet revealed approximately 28 images of suspected child pornography – 22 images, one image apparently taken from a video, and five thumbnail images. It should be noted that all 28 images were variations of one of six image scenes; however, each varied from one another based on hash values. Multiple images appeared to depict prepubescent minors who had not attained 12 years of age. Of the discovered images, six are described as follows:

- An image of a young female child wearing plaid pajamas. The pants and underwear of the pajama bottoms are pulled down, exposing the child's buttocks and crotch to the camera.

- An image of an adult female and a female child on their knees on a bed. The child is nude and is seen exposing her buttocks and crotch to the camera. Also visible in the image is an adult male with an erect penis, standing near the child.

- An image, previously described herein, of the head, torso and genital area of a young pubescent female (possibly 12 or 13 years old) licking a male's penis while being penetrated vaginally by the penis of another male.

- A thumbnail image of a young topless female, estimated to be younger than 12-years-old with her leg over the shoulder of a shirtless boy, estimated to be the same age or younger than the female. In the image, the female is performing oral sex on an adult male.

- A thumbnail image focused on the genital area of a female child lying on her back in water.

- A thumbnail image focused on the genital area of a female child with milky fluid on her genital area.

22.     Regarding the six images described above, three of the images were downloaded to HERHOLD's Lenovo tablet and three were saved in a folder bearing the file name, "shiny_blobs/blobs." The six images were all possessed on the Lenovo tablet between February of 2019 and July 2019.

23.     HERHOLD'S Lenovo TB-X103F tablet was previously shipped and transported in and affecting interstate and foreign commerce, namely, it was manufactured outside the state of Iowa.

24.     On March 2, 2020, HSI agents conducted a follow-up interview of HERHOLD in Cedar Falls, Iowa.

25.     HERHOLD was told that HSI reviewed his phone and tablet and HERHOLD was asked what he thought HSI found upon reviewing his digital media. HERHOLD responded that there were likely residual pictures that were not deleted when he wiped his tablet. When asked how many images he thought HSI found, HERHOLD estimated the number to be under 50. HERHOLD was asked what age group was represented in the photos and he responded, "Probably any age." HERHOLD confirmed that he believed HSI found images of "little kids." HERHOLD estimated he was only involved in child pornography for a month or two weeks. He told the agents he got all his child pornography from Kik (Kik Messenger). HERHOLD estimated that in the month or so he was on Kik, he received approximately five images a day, or approximately 150 over the course of the month. HERHOLD further estimated that he sent out about the same number of images via Kik to other people. HERHOLD said he received fewer than 20 video files and sent out approximately half of the amount he received. When asked why he received so few videos, HERHOLD explained it was because videos were rarer.

26.     Based on the foregoing and my knowledge, training, and experience, I respectfully submit there is probable cause to believe that Dustin Chadwick HERHOLD (AKA "Dusty" HERHOLD) committed the crime of Possession of Child Pornography in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2).

Respectfully submitted,

Chris Quackenbush
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me by telephone or other reliable electronic means on this _19_ day of March, 2020.

Mark A. Roberts
United States Magistrate Judge
Northern District of Iowa