IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 20-CR-2016 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | DEFENDANT'S SENTENCING |
| DUSTIN CHADWICK HERHOLD, ) | MEMORANDUM |
| ) | |
| Defendant. ) | |

Dustin Chadwick Herhold, through counsel, hereby submits the following sentencing memorandum for the sentencing set at 1:00 p.m. on January 8, 2021.

### I. Witnesses

Defendant does not anticipate calling any witnesses at the sentencing hearing.

### II. Exhibits

Defendant does not anticipate submitting any exhibits at the sentencing hearing.

### III. Issues

As indicated in the government's sentencing memorandum, the government has "agreed not to pursue the five level pattern enhancement pursuant to USSG §4B1.5(b)(1)." Gov't Sent'g Mem. 1, ECF No. 46. Without application of the five-level enhancement under USSG § 4B1.5(b)(1), Mr. Herhold's guideline range would be 180–88 months. The parties have agreed to recommend a sentence of 188 months.

By agreement, Mr. Herhold also withdraws his objections to paragraphs 71, 72, and 73 of the presentence report. As indicated in the government's sentencing memorandum, the parties have agreed to recommend, as a modification to the condition contained at paragraph 73, which

1

currently prohibits contact with "Sara" (who Mr. Herhold maintains was a fictitious minor), that the term "Sara" be replaced with "any individuals with whom defendant engaged in communication in the course of the instant offense," or similar language.

Mr. Herhold asks the Court to impose a sentence of 188 months, based upon the sentencing guideline range and the other factors listed at 18 U.S.C. § 3553(a). He also asks the Court not to impose additional fines or special assessments under 18 U.S.C. § 3014, or 18 U.S.C. § 2259A, based upon his indigency and upon the 18 U.S.C. § 3553(a) factors. A brief in support of these requests is attached.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA   52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/   Samuel Cross
SAMUEL CROSS
sam_cross@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on December 31, 2020, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By:   /s/ Samuel Cross